■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL MOUX, Appellant. [682 NYS2d 586] —Appeal from judgment, Supreme Court, New York County (James Leff, J.), rendered April 3, 1995, convicting defendant, after a jury trial, of kidnapping in the first degree and grand larceny in the second degree and, sentencing him, as a second felony offender, to concurrent terms of 15 years to life and 7½ to 15 years, respectively, held in abeyance and the matter remitted for reconstruction of the *Sandoval* hearing.

Our prior order dated August 14, 1997, in which we remitted for a "reconstruction hearing with respect to the *voir dire* held on March 1 through 12, 1995", was intended to cover recon-

struction of the *Sandoval* hearing that took place during jury selection. Such reconstruction should include a determination of whether defendant was present at the *Sandoval* hearing, or, if not, whether he waived his presence, and we now so direct. Concur—Ellerin, J. P., Wallach, Mazzarelli and Andrias, JJ.